[50 NE3d 922, 31 NYS3d 454]

In the Matter of ALAN M. SIMON.

Decided April 28, 2016

### APPEARANCES OF COUNSEL

*Kantor, Davidoff, Mandelker, Twomey, Gallanty & Olenick, P.C.*, New York City (*Lawrence A. Mandelker* of counsel), for Hon. Alan M. Simon.

---

*Robert H. Tembeckjian*, New York City, for New York State Commission on Judicial Conduct.

### OPINION OF THE COURT

On the Court's own motion, it is determined that the Honorable Alan M. Simon is suspended, with pay, effective immediately, from the offices of Justice of the Spring Valley Village Court, Rockland County, and the Ramapo Town Court, Rockland County, and the office of Acting Justice of the Hillburn Village Court, Rockland County, pursuant to Judiciary Law § 44 (8), pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge DiFIORE and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA.